United States District Court
Western District of Kentucky
at Louisville

FILED JS
DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
19 MAR 11 PM 2:13

Movant
Chester Shipp

Respondent
United States Of America

Case Number: 3:07-CR-94-JBC-2

Comes now Chester Shipp pro-se to move this court for a sentence reduction under Section 404 of The First Step Act of 2018.

(3) Under subsection (c), the court may not decline to entertain a motion unless a court previously imposed or reduced the sentence fully in accordance with the Fair Sentencing Act of 2010, or a court previously denied a motion made under Section 404 of the First Act of 2018 after a complete review on merits.

(4) The last sentence of subsection (c) - "Nothing in this section shall be construed to require a court to reduce any sentence pursuant to this section" - means that the court has discretion to deny a motion that it must entertain. The government might oppose a reduction on the grounds of something that occurred after sentencing, or it might argue that a reduction should be denied on the basis of the seriousness of the offense,

①

the need for incapacitation, or deterence. As to arguments relating to the offense (and not something that happened later), Congress has now decided that these offenses warrant a reduced sentence. The First Step Act does not refer to 3582(c)(2) or any part of 1B1.10 (such as commentary suggesting reasons to deny a motion).

Even though a court is not required to reduce a sentence pursuant to Section 404 of the First Step Act, arguably the court must do so if the defendant has already served more than the reduced stat max.

Mr. Shipp plead guilty to Conspiracy to Distribute Cocaine Base. 21 USC 841(b)(1)(B)(iii).

Mandatory Minimum of 10 years.

Section 2 of the FSA increased the quantity of crack to 280 grams under 21 USC 841(b)(1)(A)(iii) and 960 (b)(1)(C) and 28 grams under 21 USC 841(b)(1)(B)(iii) and 960(b)(2)(C). Section 3 of the FSA eliminated the mandatory minimum for simple possession under 21 USC 844(a).

At the courts convenance give a view on all the merits of Mr. Shipp's case.

I am asking the court to make Mr. Shipps case 3:07-CR-94-JBC 21 USC 841(b)(1)(B)(iii) to simple possession. Mr Shipp has served his stat max out. All the charges was obtained in violation of the Constitution,

②

Mr. Shipp never got no relive on the Fair Sentencing Act. All Mr. Shipp is asking to give him the same Fairness as everybody else.

Finally the new bill of The First Step Act allows offenders sentenced before a 2010 reduction in sentencing disparity between crack and power cocaine to petition the court for their cases to be re-evaluated.

Chester Shipp
March 8, 2019

I am asking the Clerk to give the government a copy and the court. Thank you. And send me a/ mark stamped copy its been filed.

③

Chester Shipp
3405 West Hwy 146
OCDC
LaGrange, Ky 40031

Oldham County Jail
Inmate Mail
No Responsible For Contents

LOUISVILLE KY 400
09 MAR 2019 PM 2 L
FOREVER USA
Barn Swallow

Office of the Clerk
United States District Court
106 Gene Snyder U.S Courthouse
601 W Broadway
Louisville, Ky 40202-2249

19 MAR 11 PH 2:13
FILED JS
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY