Case No. 19-5775

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

CHESTER SHIPP

    Defendant - Appellant

Upon consideration of the appellant's motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

                                          **ENTERED PURSUANT TO RULE 45(a),**
                                          **RULES OF THE SIXTH CIRCUIT**
                                          Deborah S. Hunt, Clerk

Issued: March 24, 2021